Charles Kenyon, Respondent, v. Edward J. Bowes, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bertie Hauser, Appellant, v. William J. Hauser, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Wilhelm Griesser, Respondent, v. William Lowe, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lord & Taylor, Respondent, v. Edward Hatch, Appellant. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kate Israel, Respondent, v. David Israel, Appellant.— Order modified by reducing alimony to $75 per week and counsel fee to $250, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary M. Tullis, Respondent, v. Walter S. Tullis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rubber Trading Company, Respondent, v. Manhattan Rubber Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hugh J. Reilly, Appellant, v. José Antonio Frias and Latin American Contracting and Improvement Company, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma S. Diegl v. Mercantile Warehouse Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Flora L. Vose v. Joseph C. Conkling, etc., and Others.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Lamberti v. Joseph Spadaro.— Motion to dismiss appeal granted with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Kravetzky v. Jacob Schuster and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Conrad Braker, Deceased. (2 cases.) — In each case motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.